









































































































































































Track Package

amazon.com/progress-tracker/package/ref=ppx_yo_dt_b_track_package?_encoding=UTF8&itemId=mkrimrpnkkqwwn&orderId=113...

amazon prime | Deliver to Dollie Chicago 60606 | All | Hello, Cole Account & Lists | Returns & Orders | 0 Cart

All  Buy Again  Prime Video  Cole's Amazon.com  Customer Service  Outdoor Recreation  Sports & Fitness  Groceries  Shop Back to School deals

Your Account › Your Orders › Order Details › Track Package

# Your package may be lost



We're very sorry your delivery is so late. Although it may still arrive, you can request a refund now.

**Contact seller**

**Tracking info provided by linxiaojievip**

Shipped with USPS

Tracking ID:
420606069261290277961070381468

See all updates

**Address info**

Theo Lokken
300 S WACKER DR STE 2500
CHICAGO, IL 60606-6771

**Order Info**

View order details

## Recommendations for items from across our store

Page 1 of 8











Harley-Davidson Baby Boys' Boxed Stretch Terry Booties, Black S9LBL20HD (0/3M)
★★★★☆ 133
$12.00

NTHREEAUTO Smoke Bullet Turn Signal Light Lens Cover Compatible with Harley Sportster...
★★★★☆ 3,066
#1 Best Seller in Powersports Turn Signals
$9.99
✓prime Today by 6PM

300 PCS Stickers Pack (50-850Pcs/Pack), Colorful VSCO Waterproof Stickers,...
★★★★☆ 6,725
#1 Best Seller in Laptop Skins & Decals
$11.99
✓prime Today by 6PM

Harley-Davidson Baby Boys' Hat Set, Infant 2 Pack Gift Set, Black/Orange 3050044
★★★★★ 116
$18.95

Horror Movie Killer Stickers 50PCS Waterproof Vinyl Stickers for Water Bottle Skateboard Laptop...
★★★★☆ 557
$5.94
✓prime FREE Delivery

## Buy it again

Page 1 of 10













Bathroom Decor,T-He S-Murfs (4) Bathroom Rug Mats Set 3 Piece Anti-Skid Pads Bath Mat + Contour + Toilet Lid Cover Bathroom Antiskid Pad
$39.81

VW Volkswagen Beetle Golf Polo Hubcap Wheel Center Caps 3B7601171 (4 PCS) 65mm
★★★★☆ 250
$18.50
✓prime FREE One-Day
Purchased Jul 2021

DANIELBURTON 3D Printed Great Pumpkin Believer Welcome Door Mat 15.7 X 23.6 Inch Decorative Floor Mat Anti-Skid Indoor...
$12.86
Purchased Jul 2021

Likean paw patrol plush toy, I Zuma Mount Everest, cartoon model plush toy, patrol toy, children's birthday party, Christmas gift, 20cm
★★★☆☆ 15
$13.00

Petopian Basketball Kobe Wristbands Black Mamba Kobe Bracelet Signature Sport...
★★★★☆ 908
$10.99
✓prime FREE Delivery
Purchased Jul 2021

## Today's Deals  See more

Page 1 of 17

































































































































































































































































































































































































































































































No Feedback.





































## Pants

### SIZE CHART

| Manual Measurement, there are maybe 1-3 cm error. | | | | |
|---|---|---|---|---|
| Size(US Size) | Waist(cm) | Length(cm) | Hip | Recommended height |
| M(28~32) | 68-72 | 98 | 98 | 165-172cm |
| L(30~34) | 75~80 | 100 | 102 | 173-177cm |
| XL(31~38) | 80-85 | 102 | 104 | 175-182cm |
| XXL(32~40) | 85-90 | 104 | 108 | 180-188cm |
| 3XL(34-44) | 90-95 | 106 | 112 | 178-190CM |

Note: (1 cm = 0.39 inch, 1 inch=2.54 cm. )
The size chart above refers to clothing dimensions, NOT
your body measurements. Because clothing is manual
measurement error there will be 2-4 cm.



## HOODIES — SIZE CHART

| Size | Chest (CM) | Length (CM) | Shoulder (CM) | Sleeve(CM) |
|------|-----------|-------------|---------------|------------|
| S | 98 | 64 | 39 | 62 |
| M | 102 | 66 | 42 | 63 |
| L | 106 | 68 | 45 | 64 |
| XL | 110 | 70 | 47 | 65 |
| XXL | 114 | 72 | 49 | 66 |
| 3XL | 118 | 74 | 51 | 67 |

Note: (1 cm = 0.39 inch, 1 inch=2.54 cm. )
The size chart above refers to clothing dimensions, NOT
your body measurements. Because clothing is manual
measurement error there will be 2-4 cm.

No Feedback.

**More To Love**

Customized logo Print Hoodie...
US $14.78

2020 New Brand Tracksuit Ca...
US $18.99

winter hoodies suits men fas...
US $11.99

2020 new Autumn and winter...
Free Shipping
US $21.48

Casual Men's Patchwork Hoo...
US $14.00

2021 New Brand Tracksuit Ca...
US $23.34

New Autumn Men's Sets hoo...
Free Shipping
US $13.80

2020 New Brand Men Tracks...
US $18.90

































