# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nike, Inc.

        Plaintiff,

v.

        Case No.: 1:21−cv−04365

        Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

    MINUTE entry before the Honorable Andrea R. Wood: Without objection from Plaintiff, Defendant FUNEY's motion for extension of time to answer or otherwise plead [43] is granted. Defendant FUNEY shall answer or otherwise respond to the complaint by 11/26/2021. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.